THE MALAKAUSKAS LAW FIRM
DANIEL MALAKAUSKAS (SBN 265903)
7345 South Durango Drive, Suite B-107-240
Las Vegas, NV 89113
Telephone: (866) 792-2242
Facsimile: (888) 802-2440
daniel@malakauskas.com

Attorney for Plaintiff
CYNTHIA HOPSON

DELFINO MADDEN O'MALLEY COYLE
& KOEWLER LLP
MONICA HANS FOLSOM (SBN 227379)
500 Capitol Mall, Suite 1550
Sacramento, CA 95814
Telephone: (916) 661-5700
Facsimile: (916) 661-5701
mfolsom@delfinomadden.com

Attorneys for Defendant
UNIVERSITY OF THE PACIFIC, a
California nonprofit public benefit
corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>   Plaintiff,<br><br> v.<br><br>UNIVERSITY OF THE PACIFIC; and Does 1-50,<br><br>   Defendants. | Case No. 2:19-CV-0211-JAM-AC<br><br>**STIPULATION TO EXTEND DEADLINE TO CONCLUDE SETTLEMENT DISCUSSIONS AND INITIATE PARTICIPATION IN VDRP; ORDER**<br><br>Complaint Filed: February 3, 2019<br>Trial Date: Not Yet Assigned |

{00132465.1}

**STIPULATION TO EXTEND DEADLINE TO PARTICIPATE IN THE VDRP**

Pursuant to Eastern District Local Rules, Rule 143 and 144, Plaintiff Cynthia Hopson ("Plaintiff") and Defendant University of the Pacific ("Defendant"), through their respective counsel of record, hereby stipulate to extend the deadlines in the Court's April 18, 2019 Order to allow the parties additional time to pursue early informal resolution of this matter through continued settlement discussions.

The parties hereby stipulate to the following:

1. The parties shall continue to engage in meaningful settlement discussions until they reach settlement or have exhausted information settlement efforts.

2. The parties' deadline to initiate participation in the Voluntary Dispute Resolution Program ("VDRP") due to an inability to reach an informal settlement shall be extended 45 days, from June 3, 2019 to July 18, 2019.

No other extensions have been requested or granted regarding this issue.

IT IS SO STIPULATED.

Dated: May 31, 2019     THE MALAKAUSKAS LAW FIRM

By: /s/ Daniel Malakauskas (*as authorized on 5/31/19*)
DANIEL MALAKAUSKAS
Attorney for Plaintiff
CYNTHIA HOPSON

Dated: May 31, 2019     DELFINO MADDEN O'MALLEY COYLE & KOEWLER LLP

By: /s/ Monica Hans Folsom
MONICA HANS FOLSOM
Attorney for Defendant
UNIVERSITY OF THE PACIFIC

**ORDER**

Pursuant to the stipulation of the Parties, and good cause appearing:

1. The parties shall continue to engage in meaningful settlement discussions until they reach settlement or have exhausted information settlement efforts.

2. The parties' deadline to initiate participation in the Voluntary Dispute Resolution Program ("VDPR") due to an inability to reach an informal settlement shall be extended 45 days, from June 3, 2019 to July 18, 2019.

**IT IS SO ORDERED.**

Dated: June 3, 2019 /s/ John A. Mendez
Hon. John A. Mendez
U.S. District Court Judge